1  **NORMA A. AGUILAR**
California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Velasco-Acevedo

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,   )   Case No. 08MJ1036
                              )
12          Plaintiff,         )
                              )
13 v.                          )
                              )   **NOTICE OF APPEARANCE**
14 JOSE LUIS VELASCO-ACEVEDO,  )
                              )
15          Defendant.         )
                              )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                           Respectfully submitted,

22 Dated: April 8, 2008                      */s/  Norma Aguilar*
                                             **NORMA AGUILAR**
23                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Velasco-Acevedo
24                                           Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 8, 2008         /s/ Norma Aguilar
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
 Email: Norma_Aguilar@fd.org